**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY a/s/o GIDEON SEARLE and NANCY S. SEARLE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2012 CV 9343 |
| CELLAR ADVISORS, LLC, | ) | Judge: James B. Zagel |
| Defendant. | ) | Mag. Judge: Arlander Keys |
| _____ | ) ) | |
| CELLAR ADVISORS, LLC, | ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| CCP MIDWAY ACQUISITION LLC d/b/a SATARIA 3PL n/k/a FLAGSHIP LOGISTICS GROUP, | ) ) ) | |
| Third Party Defendant. | ) | |

To:  Paul R Bartolacci            Marisa L. Saber
     Kevin John Hughes            Cozen O'Connor
     Cozen O'Connor               333 West Wacker Drive
     1900 Market Street           Suite 1900
     Philadelphia, PA 19103       Chicago, Illinois 60606

     Jon Yambert
     Joseph R. Vallort
     Chilton Yambert & Porter LLP
     150 South Wacker Drive
     Suite 2400
     Chicago, IL 60606

**NOTICE OF MOTION**

Please take notice that on March 26, 2013 at 9:30 a.m., we shall appear before the Honorable Judge James B. Zagel in Courtroom No. 2503 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and present the attached Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

SULLIVAN HINCKS & CONWAY
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021
mattbarrette@shlawfirm.com

**PROOF OF SERVICE**

    I, Matthew P. Barrette, certify that I served this Notice and the above described document on the individual(s) identified below on March 20, 2013, by filing same using the United States District Court for the Northern District of Illinois' CM/ECF system which will send a copy of the said documents to said individual(s) by electronic mail.

                                          /s/ Matthew P. Barrette       .