**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, ) <br> a/s/o D. GIDEON SEARLE and NANCY S. SEARLE ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> CELLAR ADVISORS, LLC, ) <br> ) <br>         Defendant. ) | No.: 12 CV 9343 <br><br> Judge James B. Zagel |

## NOTICE OF MOTION

On <u>Thursday, April 11, 2013 at 9:30 a.m.</u> or soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, in Room 2503, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **DEFENDANT/THIRD-PARTY PLAINTIFF CELLAR ADVISORS, LLC'S AGREED MOTION TO EXTEND TIME**, a copy of which has been electronically filed.

                                                                          Respectfully submitted,

                                                                          s/ Theodore C. Hadley
                                                                          Theodore C. Hadley ARDC No.: 6184823
                                                                          CHILTON YAMBERT & PORTER LLP
                                                                          150 South Wacker Drive, Suite 2400
                                                                          Chicago, Illinois 60606
                                                                          Telephone: (312) 460-8000
                                                                          Facsimile: (312) 460-8299
                                                                          Email: thadley@cyp-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, a/s/o D. GIDEON SEARLE and NANCY S. SEARLE<br>　　　　Plaintiff,<br><br>　　v.<br><br>CELLAR ADVISORS, LLC,<br>　　　　Defendant. | No.: 12 CV 9343<br><br>Judge James B. Zagel |

### CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, April 9, 2013, I electronically filed **DEFENDANT/THIRD-PARTY PLAINTIFF CELLAR ADVISOR, LLC'S AGREED MOTION TO EXTEND TIME** AND **NOTICE OF AGREED MOTION** with the Clerk of the Court using the CM/ECF system which will send notices to the following registered users:

Marisa L. Saber
Cozen O'Connor
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
msaber@cozen.com

Paul R. Bartolacci
Kevin J. Hughes
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
pbartolacci@cozen.com
khughes@cozen.com

Daniel Cornelius Sullivan
Matthew Paul Barrette
Ryan Arthur Mahoney
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021
dansullivan@shlawfirm.com
mattbarrette@shlawfirm.com
ryanmahoney@shlawfirm.com

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　s/ Theodore C. Hadley
　　　　　　　　　　　　　　　　Theodore C. Hadley ARDC No.: 6184823
　　　　　　　　　　　　　　　　CHILTON YAMBERT & PORTER LLP
　　　　　　　　　　　　　　　　150 South Wacker Drive, Suite 2400
　　　　　　　　　　　　　　　　Chicago, Illinois  60606
　　　　　　　　　　　　　　　　Telephone:  (312) 460-8000
　　　　　　　　　　　　　　　　Facsimile:  (312) 460-8299
　　　　　　　　　　　　　　　　Email:  thadley@cyp-law.com