# CHILTON YAMBERT & PORTER LLP
## ATTORNEYS AT LAW

150 SOUTH WACKER DRIVE
SUITE 2400
CHICAGO, ILLINOIS 60606

TELEPHONE (312) 460-8000
FACSIMILE (312) 460-8299
www.cyp-law.com

LARRY J. CHILTON
JON YAMBERT
BILL PORTER
SHARON M. PEART
TODD B. TARTER
DANIEL T. CROWE
ROBERT J. METTS
JAMES A. SANTUCCI
ROBERT B. HESS
JOSEPH R. VALLORT†
THEODORE C. HADLEY
STEVEN B. NOVY*
STEVEN M. CANTY
JEFFREY S. GREENBAUM
JASON ORLEANS
DENNIS M. SULLIVAN*
P. CHAUNCEY CASSIDY
COURTNEY D. CARTER

KENNETH T. GARVEY *Of Counsel*

*Also admitted in Wisconsin
†Also admitted in Alaska
◊Also admitted in California
^Also admitted in Indiana
#Also admitted in Missouri

JAMES V. CUSTODIO
REBECCA A. FOZO
SHAWN M. BELL
MICHAEL F. BURNS
MARK P. DOYLE◊
BRADLEY L. BREJCHA
WILLIAM J. NOELLE, III
JOSEPH STOCKMAN
MICHAEL A. HUGHES*
RICHARD M. TOMICH
LAURA P. GORDON
WILLIAM F. MOORE
MEGAN A. REID
JAMES L. BORKMAN
PAUL A. PADRON
CHRISTINA L. VEGA FITCH^
JESSICA A. CARRIER◊
JOHN D. RISVOLD#
MARY BETH O'BRIEN
ANDREW R. McCANN

**GENEVA**
2000 S. Batavia Ave., 2nd Floor, Geneva, IL 60134
Telephone: (630) 262-4000  Facsimile: (630) 262-1144

**WAUKEGAN**
325 Washington Street, Suite 400, Waukegan, IL 60085
Telephone: (847) 625-8200 Facsimile: (847) 625-8262

**WISCONSIN**
103 North Hamilton Street, Madison, WI 53703
Telephone: (608) 663-1882 Facsimile: (608) 663-1889

Writer's Direct Line: (312) 634-1273
E-mail: thadley@cyp-law.com

September 10, 2013

*Via e-mail*: pbartolacci@cozen.com
Mr. Paul Bartolacci
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103

*Via e-mail*: dansullivan@shlawfirm.com
*Via e-mail*: mattbarrette@shlawfirm.com
Mr. Daniel Sullivan
Mr. Matthew Barrette
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, Illinois 60523

*Via e-mail*: msaber@cozen.com
Ms. Marisa Saber
Cozen O'Connor
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606

RE: **Great Northern Insurance Co., a/s/o D. Gideon Searle v. Cellar Advisors, LLC**
Court No.: 12 CV 9343
Venue: Northern District of Illinois
Judge; Honorable James Zagel
Our File No.: 005.12014

Dear Counsel:

I am writing regarding discovery in the above-captioned matter. I will first address the proposed deposition schedule.

Counsel
September 10, 2013
Page 2 of 3

1. **Depositions in the St. Louis area.**

    You proposed, and sent deposition notices, for the following individuals:
    a. Marc Lazar
    b. Lauren McIntosh
    c. Krissy Hof
    d. Joseph Mooney
    e. Christopher Klinginstein (Klingenstein)
    The depositions are scheduled October 1 through October 3, 2013.

    Mr. Klingenstein does not live or work in the St. Louis area. His deposition, if you decide it is necessary, will proceed in the Chicago area. We can schedule that deposition with the other Chicago depositions.

    Mr. Mooney no longer works for Cellar Advisors. As you have agreed to do with Mr. Malcolm, I am working to produce him for his deposition. At this time, however, I am not certain of his availability at the time chosen.

    More importantly, Mr. Lazar is not available for a deposition during the period of October 1 through October 3, 2013. I assume you want to make only one trip to St. Louis, so we will need to find alternative dates for the St. Louis depositions. Let me know if you prefer more than one trip to St. Louis and I will then work to schedule the requested depositions.

2. **Depositions in the Chicago area.**

    You proposed depositions for the following individuals:
    a. Mr. Stewart (Jack Stuart, I assume)
    b. Mr. Olson
    c. Mr. Searle
    The depositions are scheduled October 22 through October 23, 2013.

    First, I will be in Maine on October 23 and 24, 2013 for depositions in another matter. May I propose the depositions proceed on October 21 and 22?

    Second, as discussed above, if you feel it is warranted, may we also add Christopher Klingenstein to the Chicago-area depositions?

3. **Depositions in the Indianapolis area.**

    You proposed depositions for "the four current and former employees" of Sataria proceed between November 19 and November 21, 2013. In a prior letter, it was proposed that five (5) current or former employees of Sataria be deposed. Please confirm which current or former Sataria employees you are planning to present between November 19 and November 21, 2013.

Counsel
September 10, 2013
Page 3 of 3

I am available on the proposed dates for the depositions of Sataria current and former employees. I will begin making arrangements for the depositions after it is confirmed who you are proposing to present.

4.  **Depositions in the Naples area.**

You proposed depositions for "Allan Zubar, representative(s) of Florida Freezer and a representative of Fairway Wine Storage" proceed on December 3 and December 4, 2013. I am available on the proposed dates for the depositions of the independent adjuster and representatives of Florida Freezer and Fairway Wine Storage.

5.  **Telephone Depositions.**

Finally, you proposed the telephonic depositions of Mary Mullen and Charese Pagliaro. No dates were proposed. I have no objection to the electronic deposition of the individuals identified.

My client and I are working on the propounded written discovery. We are close and I will have responses to you by the end of this week.

I look forward to hearing from you concerning the issues raised in this letter concerning the proposed deposition schedule.

Very truly yours,

Theodore C. Hadley