## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, )<br>a/s/o D. GIDEON SEARLE and NANCY S. SEARLE )<br>         Plaintiff, )<br>)<br>  v. )<br>)<br>CELLAR ADVISORS, LLC, )<br>)<br>         Defendant. ) | No.: 12 CV 9343<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

On <u>Thursday, January 23, 2014 at 9:30 a.m.</u> or soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, in Room 2503, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the parties' **JOINT MOTION TO EXTEND THE TIME WITHIN WHICH TO COMPLETE FACT DISCOVERY AND TO SET DEADLINES FOR THE COMPLETION OF EXPERT DISCOVERY**, a copy of which has been electronically filed.

                                               Respectfully submitted,

                                               <u>s/ Theodore C. Hadley</u>
                                               Theodore C. Hadley ARDC No.: 6184823
                                               CHILTON YAMBERT PORTER LLP
                                               303 W. Madison, Suite 2300
                                               Chicago, Illinois 60606
                                               Telephone: (312) 460-8000
                                               Facsimile: (312) 460-8299
                                               Email: thadley@cyp-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, a/s/o D. GIDEON SEARLE and NANCY S. SEARLE<br>Plaintiff,<br><br>v.<br><br>CELLAR ADVISORS, LLC,<br><br>Defendant. | No.: 12 CV 9343<br><br>Judge James B. Zagel |

### CERTIFICATE OF SERVICE

I hereby certify that on Friday, January 17, 2014, I electronically filed the parties' **JOINT MOTION TO EXTEND THE TIME WITHIN WHICH TO COMPLETE FACT DISCOVERY AND TO SET DEADLINES FOR THE COMPLETION OF EXPERT DISCOVERY AND NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notices to the following registered users:

Marisa L. Saber
Cozen O'Connor
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
msaber@cozen.com

Paul R. Bartolacci
Kevin J. Hughes
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
pbartolacci@cozen.com
khughes@cozen.com

Daniel Cornelius Sullivan
Matthew Paul Barrette
Ryan Arthur Mahoney
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021
dansullivan@shlawfirm.com
mattbarrette@shlawfirm.com
ryanmahoney@shlawfirm.com

    Respectfully submitted,

    s/ Theodore C. Hadley
    Theodore C. Hadley ARDC No.: 6184823
    CHILTON YAMBERT PORTER LLP
    303 W. Madison, Suite 2300
    Chicago, Illinois 60606
    Telephone: (312) 460-8000
    Facsimile: (312) 460-8299
    Email: thadley@cyp-law.com