## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY a/s/o GIDEON SEARLE and NANCY S. SEARLE, <br>       Plaintiff, <br><br> v. <br><br> CELLAR ADVISORS, LLC, <br>       Defendant. <br><br> CELLAR ADVISORS, LLC, <br>       Third Party Plaintiff, <br><br> v. <br><br> SATARIA ACQUISITION LLC d/b/a FLAGSHIP LOGISTICS GROUP, <br>       Third Party Defendant. | Case No. 2012 CV 9343 <br><br> Judge: James B. Zagel |

## NOTICE OF MOTION

On Tuesday, September 2, 2014 at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, in Room 2503, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Plaintiff's Motion to Delay Ruling on Plaintiff's Renewed Motion for Partial Judgment on the Pleadings**, a copy of which has been electronically filed.

                                          Respectfully submitted,

                                          COZEN O'CONNOR
BY:   /s/Marisa L. Saber
                                          Marisa L. Saber, (IL Bar #6293678)
                                          COZEN O'CONNOR
                                          333 West Wacker Drive, Suite 1900
                                          Chicago, IL 60606
                                          (312) 382-3100
                                          msaber@cozen.com

                                          -and-

/s/  Paul R. Bartolacci
Paul R. Bartolacci, Esquire *(PHV)*
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2001
(215) 665-2013 (Fax)
pbartolacci@cozen.com

**CERTIFICATE OF SERVICE**

I, Marisa L. Saber, do hereby certify that on this 27th day of August, 2014, I filed the foregoing **Notice of Motion** for Plaintiff's Motion to Delay Ruling on Plaintiff's Renewed Motion for Partial Judgment on the Pleadings with District Court for the Northern District of Illinois utilizing the ECF system, which will send notice to all counsel of record, listed below, in compliance with Fed. R. Civ. P. 5(b)(3).

Jon Yambert, Esquire
Chilton Yambert & Porter LLP
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
jyambert@cyp-law.com
*Attorneys for Defendant/Third Party Plaintiff*
*Cellar Advisors, LLC*

Matthew Paul Barrette, Esquire
Sullivan Hincks & Conway
120 West 22nd Street
Suite 100
Oak Brook, IL 60523
mattbarrette@shlawfirm.com
*Attorneys for Third Party Defendant*
*Sataria Acquisition d/b/a Flagship Logistics Group*

/s/Marisa L. Saber

3

LEGAL\20273486\1