

October 28, 2014

**VIA ECF FILING**

**Marisa L. Saber**
Direct Phone   312-382-3183
Direct Fax       312-706-9783
msaber@cozen.com

The Honorable James B. Zagel
United States District Court
Northern District of Illinois
United States Court House
219 S. Dearborn Street
Chicago, IL  60604

Re:   Great Northern Insurance Company v. Cellar Advisors, LLC
        Case No.: 2012 CV 9343

Dear Judge Zagel:

Pursuant to the court's minute entry on October 1, 2014, ECF # 99, the Plaintiff hereby advises the court that it has settled its claims against original defendant Cellar Advisors, LLC.

Please advise if there are any questions or concerns.

Respectfully submitted,

COZEN O'CONNOR

s/Marisa L. Saber


By:   Marisa L. Saber
MLS:pak


cc:   All attorneys of record.
LEGAL\20662857\1